1  Your name: Jesus Christ (Michelle Yvonne Wood)
2  Address: 72 Jones St #308
3  SF M 94109
4  Phone Number: (415) 335-0101
5  Fax Number: _____
6  E-mail Address: _____
7  Pro Se  [*Select one: Plaintiff or Defendant*]

FILED
APR 15 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LB

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

[*Select one location: San Francisco / Oakland / San Jose / Eureka*]

cv22  2407

12  Jesus Christ
13  (Michelle Yvonne Wood)
14      Plaintiff(s),
15  vs.
16  FBI
17
18
19
20
21      Defendant(s).

Case Number: _____

*Title of Document:*
_____
_____

TITLE OF DOCUMENT: _____  CASE NO.: _____
PAGE NO. ___ OF ___  [JDC TEMPLATE]

The FBI is guilty of obstructing justice by denying the fact that they work for the federal marshalls. They claim that they and the marshalls are merely separate agencies with no control over one another. This means that, without the supervision of the marshalls, the FBI can do as they please and therefore nothing gets done. I have spent the last eight months trying to get them to help me prosecute Donald Trump for violation of the constitutional endangerment of the American people by changing a law, the NEPA, without the power to do so. However, they have not even answered my phone calls.

For relief, I ask that you force the FBI to cooperate with the marshalls.
Thank you and God bless you
Sincerely,
Jesus Christ
Michelle Yvonne Wood
729 Jones St #308  (415)335-0101
SF, CA 94109